1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )     1:09-CV-00648-AWI-GSA
                                     )
12              Plaintiff,           )     **ORDER LIFTING STAY OF CIVIL**
                                     )     **FORFEITURE PROCEEDINGS AND**
13       v.                          )     **SETTING MATTER FOR A SCHEDULING**
                                     )     **CONFERENCE**
14  APPROXIMATELY $179,298.00 IN U.S. )
    CURRENCY,                        )
15                                   )
                Defendant.           )
16  _____ )

17       On June 26, 2009, Claimant CLARENCE PICKENS filed a Motion to Stay Civil

18  Forfeiture Proceedings pursuant to Title 18 of the United States Code section 981(g)(2).  Plaintiff

19  UNITED STATES OF AMERICA did not oppose the motion.  On July 28, 2009, this Court

20  issued an order granting a stay of the action pending the outcome of related state criminal

21  proceedings.  (Doc. 19.)

22       In a status report dated February 10, 2010, the Government indicates that on November

23  10, 2009, Claimant pled guilty to the possession of marijuana, a violation of California Health &

24  Safety Code section 11357(b), in the Stanislaus County Superior Court.  Thereafter, the parties

25  conferred, and the Government now requests that the stay of the instant forfeiture proceedings be

26  lifted as a result of the state court resolution.  (Doc. 22 at 2.)

27  //

28  //

In light of the foregoing, this Court hereby **LIFTS** the previously-imposed stay and **SETS** this matter for an Initial Scheduling Conference on Monday, **April 19, 2010, at 9:30 a.m.** in Courtroom 10.


    IT IS SO ORDERED.

**Dated:**   **February 16, 2010**              _____/s/ **Gary S. Austin**_____
                                        UNITED STATES MAGISTRATE JUDGE