1  BENJAMIN B. WAGNER
   United States Attorney
2  ALYSON A. BERG
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   1:09-CV-00648-AWI-GSA
                                    )
12         Plaintiff,                )   **NOTICE OF SETTLEMENT**
                                    )
13     v.                            )
                                    )
14 APPROXIMATELY $179,298.00 IN U.S. )
   CURRENCY,                        )
15                                   )
           Defendant.                )
16 _____ )

17     NOTICE IS HEREBY GIVEN that the parties have agreed to settle this civil forfeiture action.

18 All dates set forth in the April 20, 2010, Scheduling Order should be vacated. Disposition documents

19 will be filed no later than March 29, 2011, in accordance with Local Rule 160(b).

20 Dated: March 8, 2011                BENJAMIN B. WAGNER
                                       United States Attorney
21

22                                      /s/ Alyson A. Berg
                                       ALYSON A. BERG
23                                     Assistant United States Attorney

24 ///

25 ///

26 ///

27 ///

28 ///

Notice of Settlement

**PROPOSED ORDER**

Based on the Notice of Settlement and Good Cause appearing, this court hereby vacates all dates set forth in its April 20, 2010 scheduling order and hereby orders that the final dispositional documents in this case be filed on or before March 29, 2011.

IT IS SO ORDERED.

Dated:   March 9, 2011                         _____
                                                CHIEF UNITED STATES DISTRICT JUDGE